IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

COZEN O'CONNOR
VINCENT R. McGUINNESS, ESQUIRE (VRM-5551)
Attorney for Plaintiff
1900 Market Street
Philadelphia, PA  19103
215-665-2097

---

| | |
|---|---|
| CONTINENTAL INSURANCE COMPANY<br>CNA Center<br>333 S. Wabash<br>Chicago, Illinois  60685-0001<br><br>             Plaintiff<br>    v.<br><br>ATLANTIC CASUALTY INSURANCE COMPANY<br>400 Commerce Court<br>Goldsboro, North Carolina  27534<br><br>             Defendant | Civil Action No.: 1:07 CV 03635 (DC)(MHD)<br><br><br>ECF CASE DESIGNATED<br><br><br>**JURY TRIAL DEMANDED** |

---

### PLAINTIFF'S RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Continental Insurance Company (a private non-governmental party) certifies that Continental Insurance Company is affiliated with CNA Financial Corporation, a publicly traded corporation and has group affiliation with the CNA Insurance Companies which include the following:

American Cas Co Reading, PA
Boston Old Colony Ins. Co
Buckeye Union Insurance Co
CNA Casualty of California
[continued on next page]

Columbia Casualty Company
Commercial Ins Co Newark, NJ
Continental Casualty Company
Continental Ins Co of NJ
Continental Insurance Co
Continental Lloyd's Ins. Co
Continental Reinsurance Corp.
Fidelity & Casualty Co of NY
Firemens Ins. Co of Newark, NJ
Glenn Falls Insurance Co.
Kansas City Fire & Marine
Mayflower Insurance Co. Ltd
National Fire Ins. Hartford
National-Ben Franklin of IL
Niagara Fire Insurance Co
North Rock Insurance Co Ltd
Pacific Insurance Company
Transcontinental Ins. Co
Transportation Insurance Co
Valley Forge Insurance Co

_____
Vincent R. McGuinness  (VRM-5551)
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA  19103
215-665-2097
Attorney for Plaintiff Continental Insurance Company

May 4th, 2007