AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

_____Southern_____ DISTRICT OF _____New York_____

Continental Insurance Company
CNA Center
333 S. Wabash
Chicago, Illinois 60685-0001

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

Atlantic Casualty Insurance Company
400 Commerce Court
Goldsboro, North Carolina 27534

**07 CV 3635**

**JUDGE CHIN**

TO: (Name and address of defendant)

Atlantic Casualty Insurance Company
400 Commerce Court
Goldsboro, North Carolina 27534

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address):

Vincent R. McGuinness
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103

an answer to the complaint which is herewith served upon you, within _____Twenty (20)_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

MAY 0 8 2007

CLERK

DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

## RETURN OF SERVICE

Service of the Summons and Complaint was made by me[1]
DATE: MAY 22, 2007

NAME OF SERVER (PRINT): JAMES R FORSYTHE
TITLE: PRIVATE INVESTIGATOR

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: 400 COMMERCE COURT GOLDSBORO, N.C. 27534 (Susan Outlaw Receptionist. Person In Charge.)

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on MAY 22, 2007
Signature of Server: [signature]

Address of Server: 108 QUAIL CROFT DR GOLDSBORO NC 27534

First Class Subpoena
150 S. Independence Mall W.
Suite 909
Philadelphia, PA 19106

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.