UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------
CONTINENTAL                              :
INSURANCE COMPANY                        :
                                         :
      Plaintiff,                       :   Civil Action No. 07 CV 3635
                                         :
      v.                               :   Honorable Denny Chin
                                         :
ATLANTIC CASUALTY                        :
INSURANCE COMPANY,                       :   NOTICE OF APPEARANCE OF
                                         :   ERIK W. DREWNIAK
      Defendant.                       :
-----------------------------------------------------------

      PLEASE TAKE NOTICE that the undersigned counsel hereby appears for defendant Atlantic Casualty Insurance Company in this action.

Dated:  New York, New York
          June 7, 2007

                              NIXON PEABODY LLP
                              Attorneys for defendant Atlantic Casualty Insurance
                              Company

                              By: _____
                                  Erik W. Drewniak (EWD-7616)
                              437 Madison Avenue
                              New York, New York 10022
                              (212) 940-3000

TO: CLERK
     United States District Court
     Southern District of New York

     Vincent R. McGuiness
     Cozen O'Connor
     Attorney for Plaintiff
     1900 Market Street
     Philadelphia, Pennsylvania 19103