IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| CONTINENTAL INSURANCE COMPANY | : | Civil Action No.: 07-CV-3635 |
| | : | |
| Plaintiff | : | Honorable Denny Chin |
| v. | : | |
| | : | |
| ATLANTIC CASUALTY INSURANCE COMPANY | : | **ORDER** |
| | : | |
| Defendant | : | |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/9/07

---

**THIS MATTER** comes before me upon motion of the Plaintiff, Continental Insurance Company to permit Erick J. Kirker, Esquire, a member in good standing of the Bar of the Commonwealth of Pennsylvania and the State of New Jersey to appear and conduct proceedings in the above-entitled case *Pro Hac Vice*. It appearing from the affidavits submitted in support of this motion that Erick J. Kirker, Esquire is a duly admitted member in good standing of the Bars of the Commonwealth of Pennsylvania and the State of New Jersey and that there is good cause for the relief sought, and further that the movant has certified that Erick J. Kirker, Esquire is ready to proceed and that, therefore, the granting of this motion will not delay this action;

IT IS, this 9th day of July, 2007 ORDERED that Erick J. Kirker, Esquire be admitted to appear *Pro Hac Vice* in connection with the above-entitled case, upon payment of the applicable fee to the Clerk.

DATED:   New York, New York
         7/9, 2007

_____
USDJ, J.