CHIN, S.

Jul-09-07    05:25pm    From-Cozen O'Connor - Philadelphia    215-665-2013    T-186    P.002/002    F-883

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/10/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CONTINENTAL
INSURANCE COMPANY

    Plaintiff,

v.

ATLANTIC CASUALTY
INSURANCE COMPANY,

    Defendant.

Civil Action No. 07 CV 3635

Honorable Denny Chin

STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the counsel for the parties to the above-entitled action, that defendant Atlantic Casualty Insurance Company's time to answer or otherwise respond to plaintiff's Complaint is hereby extended to July 18, 2007.

It is further stipulated and agreed that a facsimile signature shall serve as an original and that this Stipulation may be filed with the Court without further notice to any party.

Dated:    New York, New York
          July 9, 2007

By: _____
Vincent R. McGuiness (VRM-5551)
Cozen O'Connor
Attorneys for Plaintiff
Continental Insurance Company
1900 Market Street
Philadelphia, Pennsylvania 19103
(215) 665-2097

By: _____
Erik W. Drewniak (EWD 7616)
Nixon Peabody LLP
Attorneys for Defendant
Atlantic Casualty Insurance Company
437 Madison Avenue
New York, New York 10022
(212) 940-3000

SO ORDERED.

_____
Hon. Denny Chin
U.S.D.J.

7/10/07