CHIN J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
CONTINENTAL                    :
INSURANCE COMPANY              :
                               :
            Plaintiff,         :
                               :
    v.                         :
                               :
ATLANTIC CASUALTY              :
INSURANCE COMPANY,             :
                               :
            Defendant.         :
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/07

Civil Action No. 07 CV 3635

Honorable Denny Chin

STIPULATION

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the counsel for the parties to the above-entitled action, that defendant Atlantic Casualty Insurance Company's time to answer or otherwise respond to plaintiff's Complaint is hereby extended to August 1, 2007.

It is further stipulated and agreed that a facsimile signature shall serve as an original and that this Stipulation may be filed with the Court without further notice to any party.

Dated:  New York, New York
        July 18, 2007

By: _____
    Erick J. Kirker
    Cozen O'Connor
    Attorneys for Plaintiff
    Continental Insurance Company
    1900 Market Street
    Philadelphia, Pennsylvania 19103
    (215) 665-2172

By: _____
    Erik W. Drewniak (EWD 7616)
    Nixon Peabody LLP
    Attorneys for Defendant
    Atlantic Casualty Insurance Company
    437 Madison Avenue
    New York, New York 10022
    (212) 940-3000

SO ORDERED:

_____
Hon. Denny Chin
U.S.D.J.

7/18/07