UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------
CONTINENTAL                                         :
INSURANCE COMPANY                                   :
                                                    :
        Plaintiff,                             :   Civil Action No. 07 CV 3635
                                                    :
        v.                                     :   Honorable Denny Chin
                                                    :
ATLANTIC CASUALTY                                   :
INSURANCE COMPANY,                                  :
                                                    :
        Defendant.                             :
-----------------------------------------------------------

### DEFENDANT ATLANTIC CASUALTY INSURANCE COMPANY'S DISCLOSURE STATEMENT PURSUANT TO RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, defendant Atlantic Casualty Insurance Company, a nongovernmental corporate party, by its undersigned counsel Nixon Peabody LLP, states that it is not publicly traded and is a wholly-owned subsidiary of Strickland Insurance Group, Inc. It also has the following corporate affiliates:

Strickland Insurance Brokers, Inc. and American Claims Service, Inc.

Dated: New York, New York
       August 1, 2007

                                           Respectfully submitted,

                                           **NIXON PEABODY LLP**

                                           By: _____
                                                Aidan M. McCormack (AMM 3017)
                                                Erik W. Drewniak (EWD 7616)
                                                *Attorneys for Defendant*
                                                *Atlantic Casualty Insurance Company*
                                                437 Madison Avenue
                                                New York, New York  10022
                                                (212) 940-3000