# NIXON PEABODY LLP
ATTORNEYS AT LAW

437 Madison Avenue
New York, NY 10022-7001
(212) 940-3000
Fax: (212) 940-3111

Erik W. Drewniak
Direct Dial: (212) 940-3755
E-Mail: edrewniak@nixonpeabody.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/29/08

February 28, 2008

<u>By Facsimile</u>

The Honorable Denny Chin
United States District Court
Southern District of New York
500 Pearl Street, Room 1020
New York, New York 10007-1581

Re: *Continental Insurance Company v. Atlantic Casualty Insurance Company*,
Civil Action No. 07 CV 3635

Dear Judge Chin:

We represent the defendant Atlantic Casualty Insurance Company in the captioned litigation. I am writing on behalf of Atlantic Casualty Insurance Company and plaintiff Continental Insurance Company (collectively, the "parties") to request an adjournment of the mediation in this action. On January 7, 2008, Your Honor issued an Order stating that the action is eligible for mediation. We have been working with Maria Sclafani of the Mediation Office regarding the scheduling of the mediation.

The parties believe that mediation will not be fruitful until more discovery has been conducted. To date, the parties have served requests for interrogatories and requests for production on each other, and they will be exchanging documents shortly. The parties each intend to take at least one deposition during the next several months. We expect that once depositions have been conducted, the parties will have sufficient information to engage in a productive mediation. Accordingly, we respectfully request that the mediation be adjourned until June 2008. If the request is granted, we will work with the Mediation Office to schedule it for a date that is convenient for the parties and the mediator. The parties have made no prior request to adjourn mediations in this action.

[Handwritten notation: Application DENIED. The mediation should proceed, but the assigned mediator is free to adjourn or delay the proceedings perhaps to make sure discovery if he or she believes it would make sense to do so ordered 2/29/08]

10923558.1

WWW.NIXONPEABODY.COM

The Honorable Denny Chin
February 28, 2008
Page 2

We appreciate Your Honor's consideration in this matter.

Respectfully submitted,

Erik W. Drewniak (EWD 7616)

cc: Erick J. Kirker, Esq.
Maria Sclafani

10923558.1

NIXON PEABODY LLP