UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------

CONTINENTAL                         :
INSURANCE COMPANY                   :
                                    :
        Plaintiff,                  :        Civil Action No. 07 CV 3635
                                    :
        v.                          :        Honorable Denny Chin
                                    :
ATLANTIC CASUALTY                   :        **NOTICE OF**
INSURANCE COMPANY,                  :        **MOTION FOR CONTEMPT**
                                    :
        Defendant.                  :

------------------------------------------------------

**PLEASE TAKE NOTICE** that, upon the accompanying Affirmation of Erik W.

Drewniak, with exhibits, the Memorandum of Law in Support of Motion for Contempt Against

Non-Party Wodraska Brothers, Inc. ("Motion for Contempt"), and upon all the pleadings and

proceedings had heretofore herein, defendant Atlantic Casualty Insurance Company ("Atlantic

Casualty") will move this Court on a date to be determined by the Court, for an Order pursuant

to Rule 45(e) of the Federal Rules of Civil Procedure, granting Atlantic Casualty's Motion for

Contempt, and for such other and further relief as the Court may deem just and proper.

Dated: June 6, 2008

                        Erik W. Drewniak, Esq. (ED7616)
                        Nixon Peabody LLP
                        Attorneys for Defendant Atlantic Casualty
                          Insurance Company
                        437 Madison Avenue
                        New York, New York 10022
                        (212) 940-3000

TO:    Erick J. Kirker, Esq.
       Cozen O'Connor
       1900 Market Street
       Philadelphia, Pennsylvania 19103
       *Attorneys for Plaintiff*

*Continental Insurance Company*

Wodraska Brothers, Inc.
42 Pleasant Street
New Rochelle, New York 10801

11043574 1