**EXHIBIT B**

Case 1:07-cv-03635-DC   Document 19-3   Filed 06/09/2008   Page 1 of 2

Nixon Peabody LLP

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CONTINENTAL INSURANCE COMPANY,

                              Plaintiff,

  -against-

ATLANTIC CASUALTY INSURANCE COMPANY,

                              Defendant.
-------------------------------------------------------------X

Case No. 2007 CV 3635

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                              ) ss.:
COUNTY OF NEW YORK )

        **JUAN ROLDAN**, being duly sworn, deposes and says:

        1.    That I am not a party to this action, am over eighteen years of age and resides in the State of New Jersey;

        2.    That on March 19, 2008, at approximately 2:32 p.m., I served a true and correct copy of the **SUBPOENA IN A CIVIL CASE, Returnable May 01, 2008, along with Exhibit "A" and a Forty Five Dollar Witness Fee Check**, all upon **WODRASKA BROTHERS, INC.**, by Personal Service, via Ms. "Jane Doe" who refused to provide her full name but did identify herself as an "employee" as well as being authorized, as Agent to accept service on behalf of Wodraska Brothers, Inc., which service was effected at the actual place of business indicated below:

                WODRASKA BROTHERS, INC.
                42 Pleasant Street / 1st Floor
                New Rochelle, New York 10801

        3.    Ms. "Jane Doe" can best be described as:

Female – White skin – Dirty Blonde hair – Approximately 44 – 54 years of age, 5'7" – 5'11" and 125 - 155 lbs.

Dated: March 19, 2008
       New York, New York

                                                                      _____
                                                                      JUAN ROLDAN
                                                                      License No.: 0983113

Sworn to before me on this the 19th day of March 2008.

_____
NOTARY PUBLIC

                HOLLY ROLDAN
       Notary Public, State of New York
              No. 01RO6125752
       Qualified in New York County
    Commission Expires April 20, 20__

---

RAPID & RELIABLE ATTORNEY SERVICE, INC.
-A FULL-SERVICE LITIGATION SUPPORT CORPORATION-

POST OFFICE BOX 858
NEW YORK, NEW YORK 10268
212-608-1555

*"We've built our reputation on your satisfaction"*