**EXHIBIT C**

# N!XON PEABODY LLP

437 Madison Avenue
New York, NY 10022-7001
(212) 940-3000
Fax: (212) 940-3111

Erik W. Drewniak
Direct Dial: (212) 940-3755
E-Mail: edrewniak@nixonpeabody.com

April 10, 2008

<u>Via Certified Mail, Return Receipt Required</u>

Wodraska Brothers, Inc.
42 Pleasant Street
New Rochelle, New York 10801

      Re:    *Continental Insurance Company v. Atlantic Casualty Insurance Company*,
             Case No. 07 CV 3635, United States District Court, Southern District of New York

Dear Sir or Madam:

    We represent defendant Atlantic Casualty Insurance Company ("Atlantic Casualty") in the above matter. I am writing with respect to a Subpoena that was served on Wodraska Brothers, Inc. ("Wodraska Brothers") on or about March 19, 2008 with respect to this matter. An additional copy of the Subpoena is enclosed for your convenience. Pursuant to the Subpoena, a representative of Wodraska Brothers is required to appear for a deposition on May 1, 2008 at the offices of Nixon Peabody LLP, located at 437 Madison Avenue, New York, New York.

    We have attempted to contact you to confirm that a representative of Wodraska Brothers would appear for the deposition on May 1, 2008. Specifically, we telephoned your office on April 9, 2008 and April 10, 2008. To date, no one from Wodraska brothers has acknowledged the Subpoena and confirmed that someone from the company will appear for a deposition in this matter. As I noted in the voicemail I left on April 10, 2008, we will work with you to schedule the deposition for another date if May 1 is not convenient. We emphasize, however, that Wodraska Brothers is obligated under the law to appear for a deposition in this matter. If Wodraska Brothers fails to appear for a deposition, we will pursue all necessary legal remedies, including bringing this issue before the judge in the captioned matter.

Wodraska Brothers, Inc.
April 10, 2008
Page 2


      Accordingly, please contact me at 212-940-3755 so we can schedule a convenient date for the deposition.

                                    Very truly yours,

                                    Erik W. Drewniak

Enclosure

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
CONTINENTAL                              :
INSURANCE COMPANY                        :
                                         :
      Plaintiff,                         :   Civil Action No. 07 CV 3635
                                         :
      v.                                 :   Honorable Denny Chin
                                         :
ATLANTIC CASUALTY                        :
INSURANCE COMPANY,                       :
                                         :
      Defendant.                         :
-------------------------------------------------------

State of New York  )
                        ) ss.:
County of New York  )

      SVETLANA LITVINKO, being duly sworn, deposes and says:

      1.  I am not a party to this action and I am over 18 years of age.

      2.  I am employed by the law firm of Nixon Peabody LLP, 437 Madison Avenue, New York, New York 10022, attorneys for defendant Atlantic Casualty Insurance Company ("Atlantic Casualty").

      3.  On June 6, 2008 I served true copies of defendant Atlantic Casualty Insurance Company's ("Atlantic Casualty") Notice of Motion for Contempt Against Non-Party Wodraska Brothers, Inc., Affirmation of Erik W. Drewniak, with exhibits, and Memorandum of Law in Support by electronically filing the foregoing documents with the Clerk of the Court using the CM/ECF system, which notifies the following:

      Erick J. Kirker, Esq.
      Cozen O'Connor
      1900 Market Street
      Philadelphia, Pennsylvania 19103
      *Attorneys for Plaintiff*
      *Continental Insurance Company*

      4.  On June 6, 2008 I also served true copies of Atlantic Casualty's Notice of Motion for Contempt Against Non-Party Wodraska Brothers, Inc., Affirmation of Erik W. Drewniak,

with exhibits, and Memorandum of Law in Support by causing said copies to be deposited in a postage-paid, sealed envelope in a depository under the exclusive care and custody of the United States Postal Service within the City and State of New York addressed to:

> Wodraska Brothers, Inc.
> 42 Pleasant Street
> New Rochelle, New York 10801

_____
SVETLANA LITVINKO

Sworn to before me this
6th day of June, 2008

_____
Notary Public

> ERIK WAYNE DREWNIAK
> NOTARY PUBLIC, STATE OF NEW YORK
> No. 02DR6063798
> QUALIFIED IN QUEENS COUNTY
> MY COMMISSION EXPIRES SEPT 19, 20__

11044479.1

2