# MEMO ENDORSED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

CONTINENTAL
INSURANCE COMPANY

    Plaintiff,

    v.

ATLANTIC CASUALTY
INSURANCE COMPANY,

    Defendant.

------------------------------------------------

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/17/08

Civil Action No. 07 CV 3635

Honorable Denny Chin

**PROPOSED ORDER**

Defendant Atlantic Casualty Insurance Company ("Atlantic Casualty"), having made a motion for an Order holding non-party Wodraska Brothers, Inc. ("Wodraska Brothers") in contempt of court for its failure to appear at a May 1, 2008 deposition and directing Wodraska Brothers to appear for its deposition;

IT IS HEREBY ORDERED that Wodraska Brothers either comply with Atlantic Casualty's March 18, 2008 subpoena or respond to Atlantic Casualty's motion within 10 days of the date of this Order; and

IT IS HEREBY FURTHER ORDERED that if Wodraska Brothers fails to either comply with Atlantic Casualty's subpoena or respond to Atlantic Casualty's motion within 10 days, the motion will be granted and the Court will hold Wodraska Brothers in contempt.

Dated: New York, New York
July 17, 2008

_____
Hon. Denny Chin
United States District Judge

11083087.1